IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| GEORGE WAYNE PETERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 5:06-cv-00177-VEH-RRA |
| ) | |
| JUDGE DON HARDEMAN, *et al*., ) | |
| ) | |
| Defendants. ) | |

MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on February 2, 2006, recommending that this action be dismissed for failing to state a claim upon which relief can be granted and for seeking monetary relief against defendants who are immune from such relief, pursuant to 28 U.S.C. § 1915A(b)(1) and (2). The magistrate judge further recommended that any supplemental state law claims be dismissed, without prejudice, pursuant to 28 U.S.C. § 1367(c)(3). The plaintiff has filed objections to the report and recommendation. ( Doc.'s #7, #8, #9 and #10).

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed for failing to state a claim upon which relief can be granted and for seeking monetary relief against defendants who are immune from such relief, pursuant to 28 U.S.C. § 1915A(b)(1) and (2). Any supplemental state law claims are due

to be dismissed, without prejudice, pursuant to 28 U.S.C. § 1367(c)(3).  A Final Judgment will be entered.

    DATED this 27th day of February, 2006.

                                        **VIRGINIA EMERSON HOPKINS**
                                        United States District Judge